RECEIVED
FEB 11 2019 glr
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| LEROY ANTOINE LODGE, Plaintiff | CIVIL ACTION NO. 1:18-CV-1345-P |
|---|---|
| VERSUS | JUDGE DEE D. DRELL |
| JAMES LEBLANC, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 11TH day of FEBRUARY, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE